# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTER WHITE,<br><br>              Plaintiff,<br><br>       v.<br><br>TINA CAMPANELLA, et al.,<br><br>              Defendants. | 1:11cv0402 AWI DLB<br><br>ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Porter White filed the instant complaint on March 9, 2011. Plaintiff also filed an application to proceed in forma pauperis. The application, however, was not complete. Amongst other things, it did not identify whether Plaintiff received money from certain sources in the past 12 months, whether he has any cash or checking or savings account, or whether he owns anything of value.

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within twenty-one (21) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   March 14, 2011                    /s/ Dennis L. Beck
                                           U.S. MAGISTRATE JUDGE

1