1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PORTER WHITE, | ) | 1:11cv0402 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| v. | ) | (Document 4) |
| | ) | |
| TINA CAMPANELLA, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Porter White ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed his complaint on March 9, 2011.  Plaintiff also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

IT IS SO ORDERED.

Dated:    **March 23, 2011**            _____ **/s/ Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE

1